AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 02-CV-255

Dorothy M. Hennigan

v.

Independent Health Association, Inc.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion for summary judgment is granted and this case is closed.

Date: July 20, 2005                                RODNEY C. EARLY, CLERK

                                            By:   s/Deborah M. Zeeb
                                                    Deputy Clerk